IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, et al.,<br>   *Plaintiff*<br><br>-vs-<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES AFL-CIO, DISTRICT 10, et al.,<br>   *Defendant* | 6:25-CV-00119-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby vacated.

SIGNED this 31st day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1