UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, et al., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § § | Case No. 6:25-cv-00119-ADA |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10, et al., | § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory Relief. After reviewing the briefing on Defendants' Motion, the Court has determined that Defendants' Motion to Dismiss should be GRANTED.

It is therefore ORDERED that Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory Relief is in all things GRANTED and all claims by Plaintiffs are dismissed.

Signed this _____ day of _____, 2025.

_____
United States District Court Judge