**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, et al., | ) ) ) |
| *Plaintiffs,* | ) ) No. 6:25-CV-00119-ADA |
| v. | ) ) ) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10, et al., | ) ) ) ) |
| *Defendants.* | ) ) ) ) |

**<u>NOTICE TO COURT</u>**

Plaintiffs respectfully submit this notice of further development regarding a case mentioned in their Opposition to Defendants' Motion to Dismiss, ECF No. 47.  In footnote 1 of that opposition brief, *id.* at 4 n.1, Plaintiffs noted that the government had appealed to the D.C. Circuit from the District Court for the District of Columbia's preliminary injunction entered in *National Treasury Employees Union v. Trump*, No. 25-cv-935 (D.D.C.), and had filed in the court of appeals an emergency motion for an immediate administrative stay and stay pending appeal, which was pending at that time.  On May 16, 2025, the D.C. Circuit granted that motion and stayed the preliminary injunction pending appeal.  *Nat'l Treasury Emps. Union v. Trump*, No. 25-5157, 2025 WL 1441563, at *1 (D.C. Cir. May 16, 2025).  The D.C. Circuit held that the government is likely to prevail in its appeal of the district court's preliminary injunction because the plaintiff union in that case had failed to establish irreparable harm.[1]  *Id.*

---

[1] The union in that case has filed a petition for rehearing en banc of the stay pending appeal.  The government's response is due June 17.

Dated: June 6, 2025                    Respectfully submitted,

                                       YAAKOV M. ROTH
                                       Acting Assistant Attorney General
                                       EMILY M. HALL
                                       Counsel to the Assistant Attorney General
                                       Civil Division

                                       ERIC HAMILTON
                                       Deputy Assistant Attorney General
                                       Civil Division, Federal Programs Branch

                                       ALEXANDER K. HAAS
                                       Director
                                       Civil Division, Federal Programs Branch

                                       JACQUELINE COLEMAN SNEAD
                                       Assistant Branch Director
                                       Civil Division, Federal Programs Branch

                                        */s/ Lisa Zeidner Marcus*
                                       LISA ZEIDNER MARCUS (N.Y. Bar # 4461679)
                                       Senior Counsel
                                       U.S. Department of Justice, Civil Division
                                       Federal Programs Branch
                                       1100 L St., NW, Twelfth Floor
                                       Washington, DC 20530
                                       Tel: (202) 514-3336
                                       Fax: (202) 616-8470
                                       Email: lisa.marcus@usdoj.gov

                                       *Counsel for Plaintiffs*

2

## Certificate of Service

I certify that on June 6, 2025, I served the foregoing *Notice to Court* via the Court's

CM/ECF system upon Defendants via their counsel as follows:

John M. Pellettieri
Bredhoff & Kaiser, PLLC
805 15th Street NW Ste 1000
Washington, DC 20005
202-842-2600
Email: jpellettieri@bredhoff.com

Joshua B. Shiffrin
Bredhoff & Kaiser PLLC
805 15th Street, NW, Ste 1000
Washington, DC 20005
202-842-2600
Email: jshiffrin@bredhoff.com

Lane Martin Shadgett
Bredhoff & Kaiser PLLC
805 15th St NW, Suite 1000
Washington, DC 20005
323-243-8668
Fax: 202-842-1888
Email: lshadgett@gmail.com

Abigail V. Carter
Bredhoff & Kaiser P.L.L.C.
805 15th Street NW, Suite 1000
Washington DC, DC 20005
202-842-2600
Email: acarter@bredhoff.com

Charles L. Ainsworth
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 418
Tyler, TX 75702
(903) 531-3535
Email: charley@pbatyler.com

  */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
*Counsel for Plaintiffs*