UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES SOCIAL SECURITY ADMINISTRATION, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | § § § § § § | CIVIL NO: WA:25-CV-00119-ADA |

vs.

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTR, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL JOINT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL 238, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL 222, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL OF PRIS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES VA COUNCIL, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 779, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1004, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1033, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1364, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1367, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1920, AMERICAN FEDERATION OF

GOVERNMENT EMPLOYEES LOCAL 2142, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2356, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 681, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1903, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2771, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 3523, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 3941, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1003, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 3320, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1030, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1298, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1637, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2459, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 3809, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 3828, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 4044, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1038, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1454, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1633, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1822, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1934, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2437, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2836, AMERICAN FEDERATION OF

GOVERNMENT EMPLOYEES LOCAL
3511, AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES LOCAL
3922

## ORDER RESETTING MOTIONS HEARING IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTIONS HEARING IN PERSON** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, June 10, 2025 at 02:00 PM**.

IT IS SO ORDERED this 9th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE