IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> *Plaintiffs*; <br><br> v. <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10, et al., <br><br> *Defendants*. | No. 6:25-CV-00119-ADA |

### PLAINTIFFS' CONSENT MOTION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully move the Court for authorization to file an overlength Memorandum in Support of Plaintiffs' Motion for Summary Judgment, which they intend to file soon unless otherwise directed by the Court.

Local Rule CV-7(c) specifies a 20-page limit for motions other than discovery or case management motions. Plaintiffs respectfully request an additional fifteen pages (or thirty-five pages in total) for their Motion for Summary Judgment and do not oppose Defendants' having the same number of pages for their opposition to that motion. Additional pages are needed to adequately address the important statutory and constitutional issues raised in this declaratory judgment action concerning the President's exercise of his authority under the Federal Service Labor-Management Relations Statute. *See* 5 U.S.C. § 7103(b)(1).

Undersigned counsel conferred with counsel for Defendants, and Defendants consent to this motion.

Wherefore, Plaintiffs respectfully request that the Court grant this unopposed motion.

Dated: June 17, 2025                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

 /s/ Lisa Zeidner Marcus
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Plaintiffs*

**Certificate of Service**

I certify that on June 17, 2025, I served the foregoing *Consent Motion to File Overlength Motion for Summary Judgment* via the Court's CM/ECF system upon Defendants via their counsel as follows:

John M. Pellettieri
Bredhoff & Kaiser, PLLC
805 15th Street NW Ste 1000
Washington, DC 20005
202-842-2600
Email: jpellettieri@bredhoff.com

Joshua B. Shiffrin
Bredhoff & Kaiser PLLC
805 15th Street, NW, Ste 1000
Washington, DC 20005
202-842-2600
Email: jshiffrin@bredhoff.com

Lane Martin Shadgett
Bredhoff & Kaiser PLLC
805 15th St NW, Suite 1000
Washington, DC 20005
323-243-8668
Fax: 202-842-1888
Email: lshadgett@gmail.com

Abigail V. Carter
Bredhoff & Kaiser P.L.L.C.
805 15th Street NW, Suite 1000
Washington DC, DC 20005
202-842-2600
Email: acarter@bredhoff.com

Charles L. Ainsworth
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 418
Tyler, TX 75702
(903) 531-3535
Email: charley@pbatyler.com

    */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
*Counsel for Plaintiffs*