AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BW_____
DEPUTY

| U.S. Department of Defense, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:25-cv-00119-ADA |
| AFGE, AFL-CIO, District 10, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 06/23/2025

/s/ Tyler J. Becker
*Attorney's signature*

Tyler J. Becker (D.C. Bar #: 90007283)
*Printed name and bar number*

Office of the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

tyler.becker@usdoj.gov
*E-mail address*

(202) 514-4052
*Telephone number*

*FAX number*