IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10, et al., <br><br> *Defendants*. | No. 6:25-CV-00119-ADA |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order of July 23, 2025 (ECF No. 72), which granted Defendants' motion to dismiss.

Dated: September 19, 2025

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS (N.Y. Bar # 4461679)
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Plaintiffs*

**Certificate of Service**

I certify that on September 19, 2025, I served *Plaintiffs' Notice of Appeal* via the Court's CM/ECF system upon Defendants via their counsel as follows:

John M. Pellettieri
Bredhoff & Kaiser, PLLC
805 15th Street NW Ste 1000
Washington, DC 20005
202-842-2600
Email: jpellettieri@bredhoff.com

Joshua B. Shiffrin
Bredhoff & Kaiser PLLC
805 15th Street, NW, Ste 1000
Washington, DC 20005
202-842-2600
Email: jshiffrin@bredhoff.com

Lane Martin Shadgett
Bredhoff & Kaiser PLLC
805 15th St NW, Suite 1000
Washington, DC 20005
323-243-8668
Fax: 202-842-1888
Email: lshadgett@gmail.com

Abigail V. Carter
Bredhoff & Kaiser P.L.L.C.
805 15th Street NW, Suite 1000
Washington DC, DC 20005
202-842-2600
Email: acarter@bredhoff.com

Charles L. Ainsworth
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 418
Tyler, TX 75702
(903) 531-3535
Email: charley@pbatyler.com

   */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
*Counsel for Plaintiffs*