# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 02, 2025

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 25-50784   DOD v. American Federation
                           USDC No. 6:25-CV-119

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*
                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc w/encl:
    Ms. Lisa Zeidner Marcus
    Mr. John M. Pellettieri
    Mr. Benjamin Thomas Takemoto

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 2, 2025
Lyle W. Cayce
Clerk

No. 25-50784

UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES SOCIAL SECURITY ADMINISTRATION; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

*Plaintiffs—Appellants*,

*versus*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL JOINT COUNCIL OF FOOD INSPECTION LOCALS; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL 238; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL 222; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL OF PRISON LOCALS C-33, ET AL.

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:25-CV-119

_____

No. 25-50784

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of December 02, 2025, pursuant to appellants' motion.

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit<br>
<br>
*Lisa E. Ferrara*<br>
By: _____<br>
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT